# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

KRYSTAL K. HOVATER,     )
                              )
         Plaintiff,     )
                              )       NO.  CV-08-319-JPH
    vs.                 )
                              )       **JUDGMENT IN A**
MICHAEL J. ASTRUE,      )         **CIVIL CASE**
Commissioner of Social Security,  )
                              )
        Defendant.    )
                              )
_____)

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  The matter is **REMANDED** for additional proceedings pursuant to sentence four of   42 USC § 405(g), and Judgment is entered for Plaintiff.

DATED this 1st day of June, 2009.

                               JAMES R. LARSEN
                               District Court Executive/Clerk

                               by: _____s/ Karen White_____
                                    Deputy Clerk

cc: all counsel